UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RALPH E. PRICE, III,

    **Plaintiff,**

v.

UTILITY SOLUTIONS OF
OHIO CORPORATION, *et al.*,

    **Defendants.**

Case No. 2:19-cv-832
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' *Joint Motion for Approval of Settlement* ("Joint Motion") (ECF No. 11), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in their Settlement Agreement and Mutual Release ("Settlement" or "Settlement Agreement").

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiff Ralph E. Price, III asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201–219, as well as the wage laws of the State of Ohio, Ohio Revised Code §§ 4111.01 *et seq.*;

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b);

3. The Court approves the Settlement Agreement, and orders that the Settlement Agreement be implemented according to its terms and conditions as directed herein;

4. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement;

5. This Action and all claims of Plaintiff are **DISMISSED with PREJUDICE**. The Court **DIRECTS** the Clerk to enter judgment accordingly; and

6. As requested by the Parties and in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**IT IS SO ORDERED.**

___8-5-2019___
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**

2