AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ralph E. Price, III, <br> *Plaintiff* <br> v. <br> Utility Solutions of Ohio Corporation, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:19-CV-832 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 8/6/2019 the Parties Joint Motion for Approval of Settlement is APPROVED. This action and all calims of Plaintiff are DISMISSED with PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08/06/2019

CLERK OF COURT

*Christi␣M. Wer␣␣␣␣*
Signature of Clerk or Deputy